IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| EWING GREEN, IV, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:17-cv-00083 |
| JASON WOODALL, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 8), which was filed on May 11, 2018. Through the Report and Recommendation, the Magistrate Judge recommends this action be dismissed without prejudice for failure to serve process in accordance with Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED**, without prejudice, for failure to serve process in accordance with Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE